UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP, | Case No.: 2:19-cv-00236 |
| Plaintiffs, | [Honorable John T. Copenhaver, Jr.] |
| vs. | State Civil Action No. 19-C-26 |
| HONORABLE ANDREW NAPOLITANO (RET.); FOX NEWS NETWORK, LLC; CABLE NEWS NETWORK, INC.; MSNBC CABLE LLC; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; 35TH INC.; ASSOCIATED PRESS; BOSTON GLOBE MEDIA PARTNERS, LLC; BREITBART NEWS NETWORK, LLC; CLARITY MEDIA GROUP, INC.; THE WASHINGTON TIMES, LLC; TRIBUNE PUBLISHING COMPANY, LLC; WP COMPANY LLC d/b/a THE WASHINGTON POST; NEIL CAVUTO; CHRIS HAYES; SARAH ELIZABETH CUPP; BRADLEY BLAKEMAN; JOHN LAYFIELD; STEPHANIE HAMILL; KEVIN McLAUGHLIN; LEIGH ANN CALDWELL; MICHAEL PATRICK LEAHY; JOSH DAWSEY; JENNA JOHNSON; BEN WOLFGANG; MICHAEL WARREN; CATHLEEN DECKER; and DOES 1-50 inclusive, | [Honorable Miki J. Thompson] |
| Defendants. | |

**DECLARATION OF JEFFREY S. SIMPKINS IN SUPPORT OF MOTION FOR REMAND TO STATE COURT**

I, JEFFREY S. SIMPKINS, declare as follows:

1. I am a principal of the law firm of Simpkins Law, counsel of record for plaintiff Don Blankenship herein. I have personal knowledge of the matters set forth below and if called as a witness could testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the West Virginia Secretary of State's Business Organization Detail for 35th, Inc., accessed April 8, 2019.

I declare under penalty of perjury under the laws of the State of West Virginia that the foregoing is true and correct.

Dated: April 9, 2019        _/s/ Jeffrey S. Simpkins_
                                                      JEFFREY S. SIMPKINS