# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP, | Case No.: 2:19-cv-00236 |
| Plaintiffs, | [Honorable John T. Copenhaver, Jr.] |
| vs. | State Civil Action No. 19-C-26 |
| HONORABLE ANDREW NAPOLITANO (RET.) et al. | [Honorable Miki J. Thompson] |
| Defendants. | |

**PLAINTIFF'S PROOF OF SERVICE OF FIRST AMENDED COMPLAINT ON THE CHARLESTON GAZETTE-MAIL**

455079.1

| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Kevin S. Sinclair (254069)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  *Telephone No:* 323-301-4660<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA | | |
| *Plaintiff:* DON BLANKENSHIP<br>*Defendant:* HONORABLE ANDREW NAPOLITANO (RET.), et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:*  *Time:*  *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3. a. Party served: The Charleston Gazette-Mail
   b. Person served: Jim Heady, Publisher, Authorized to Accept Service
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1001 Virginia Street East, Charleston, WV 25301

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 23 2019 (2) at: 10:10 AM

6. **Person Who Served Papers:**
   a. Darren Brown
   **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

05/24/2019

(Date)    (Signature)



PROOF OF SERVICE

3397234
(3993473)