## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP, | Case No.: 2:19-cv-00236 |
| Plaintiffs, | [Honorable John T. Copenhaver, Jr.] |
| vs. | State Civil Action No. 19-C-26 |
| HONORABLE ANDREW NAPOLITANO (RET.) et al. | [Honorable Miki J. Thompson] |
| Defendants. | |

**PLAINTIFF'S PROOF OF SERVICE OF FIRST AMENDED COMPLAINT TO NATIONAL REPUBLICAN SENATORIAL COMMITTEE**

455079.1

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>KEVIN S. SINCLAIR (SBN: 254069)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>Telephone No: 323-301-4660<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLETSTON DIVISION

Plaintiff: DON BLANKENSHIP
Defendant: HONORABLE ANDREW NAPOLITANO (RET.), et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, First Amended Complaint

3. a. Party served: NATIONAL REPUBLICAN SENATORIAL COMMITTEE
   b. Person served: Omar Marquez, Authorized to Accept Service
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: 425 2nd Street NE, Washington, DC 20002

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 10 2019 (2) at: 12:52 PM

6. **Person Who Served Papers:**
   a. Nina Lew
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

06/13/2019
(Date)                                          (Signature) Nina Lew



PROOF OF SERVICE

3450586
(4011926)