**FILED**

JUN 2 7 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Jim Heath, in Pro Per
2716 Saratoga Avenue
Lake Havasu City, Arizona  86406
Telephone:  (614) 390-7706
Email:  jimheathtv@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP,<br><br>               Plaintiff,<br><br>     vs.<br><br>JIM HEATH; HONORABLE ANDREW NAPOLITANO (RET.); Et al.,<br><br>               Defendants. | Case No.:  2:19-cv-00236<br><br>Honorable John T. Copenhaver, Jr. |

**ANSWER OF JIM HEATH TO FIRST AMENDED COMPLAINT**

Jim Heath, answering Plaintiff's First Amended Complaint, admits, denies and alleges as follows:

        1.     Alleges that he is without sufficient information at the present time to form a belief as to the truth of the allegations contained in paragraphs 1 through 108 of the First Amended Complaint, and therefore denies same.

        2.     Answering paragraph 109 of the First Amended Complaint, admits Jim Heath is an award winning news anchor, correspondent and political analyst; but denies that Jim Heath is domiciled in the District of Columbia, and alleges that Jim Heath has been domiciled in the state of Arizona for all relevant times herein including on May 8, 2018.

3.    Alleges that he is without sufficient information at the present time to form a belief as to the truth of the allegations contained in paragraphs 110 through 184 of the First Amended Complaint, and therefore denies same.

4.    Admits the allegations contained in paragraph 185 of the First Amended Complaint.

5.    Alleges that he is without sufficient information at the present time to form a belief as to the truth of the allegations contained in paragraphs 186 through 221 of the First Amended Complaint, and therefore denies same.

6.    Answering paragraph 222 of the First Amended Complaint admits, denies and alleges as has been previously stated with respect to paragraphs 1 through 221.

7.    Denies the allegations contained in paragraphs 223 through 250 of the First Amended Complaint.

At all times relevant herein, including on May 8, 2018, Defendant Jim Heath has been a resident of the state of Arizona, not the District of Columbia as alleged in Plaintiff's Complaint.   Therefore, this Complaint against Defendant Jim Heath should be dismissed because this Court does not have in personam jurisdiction over Defendant Jim Heath.

Defendant Jim Heath asserts and sets forth the following defenses to Plaintiff's First Amended Complaint:

1.    The content of Defendant Jim Heath's May 8, 2018 tweet was not defamatory, constituted opinion and did not cause Plaintiff any damages.

2.    At the time of the May 8, 2018 tweet, Defendant Jim Heath was not aware that Plaintiff was not a convicted felon.

3.    The May 8, 2018 tweet of Defendant Jim Heath was privileged communication and was not done with any malice aforethought.

1    That if Defendant Jim Heath hires an attorney in the future to help him defend

2    against Plaintiff's First Amended Complaint, then he is asking for an award by this Court

3    against Plaintiff for his attorney's fees and costs.

4    Wherefore, Defendant Jim Heath requests that Plaintiff's First Amended Complaint

5    be dismissed with prejudice and that he be awarded his attorney's fees and costs if

6    applicable.

7    RESPECTFULLY SUBMITTED this 26th day of June, 2019.

8

9

10    JIM HEATH

11

12    STATE OF ARIZONA          )
                                )ss
13    COUNTY OF MOHAVE          )

14    Jim Heath, being first duly sworn, states as follows:

15    That he is the Defendant in the foregoing Answer; and that the statements in the

16    Answer are accurate and complete to the best of his knowledge and belief.

17

18

19    JIM HEATH

20    SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, this

21    26 day of June, 2019, by JIM HEATH.

22

23    ALANNA A ANTHONY-GANAS
      Notary Public, State of Arizona
24    Mohave County                          Notary Public
      My Commission Expires
25    June 09, 2021

26

3

A copy of this Answer has been sent
this 26th day of June, 2019 to:

Jeffrey S. Simpkins
Simpkins Law
102 E. 2nd Avenue
Williamson, WV  25661

Eric P. Early
Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, CA  90048


By: _____