IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DON BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:19-cv-00236 |
| ) | |
| HONORABLE ANDREW NAPOLITANO ) | |
| (RET.), et al., ) | |
| ) | |
| and ) | |
| ) | |
| NEWS AND GUTS, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**
**FOR DEFENDANT NEWS AND GUTS, LLC**

Notice is hereby given of the appearance of the undersigned as local counsel for the Defendant News and Guts, LLC.

Respectfully submitted this 28th day of June, 2019.

*/s/ William D. Wilmoth*
William D. Wilmoth, Esquire
WV ID #4075
STEPTOE & JOHNSON PLLC
William.wilmoth@steptoe-johnson.com
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
Tel.: (304) 231-0456
Fax: (304) 933-8708

*Attorney for Defendant*
*News and Guts, LLC*

8461100.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DON BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:19-cv-00236 |
| | ) |
| HONORABLE ANDREW NAPOLITANO (RET.), et al., | ) |
| | ) |
| and | ) |
| | ) |
| NEWS AND GUTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, William D. Wilmoth, certify that on June 28th, 2019, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

*s/ William D. Wilmoth*
William D. Wilmoth, Esquire
WV ID #4075
STEPTOE & JOHNSON PLLC
William.wilmoth@steptoe-johnson.com
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
Tel.: (304) 231-0456
Fax: (304) 933-8708

*Attorney for Defendant
News and Guts, LLC*

8461100.1