**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Matt Howerton
   90 Kingston Crossing, Apt 1303
   Bossier City, LA 71111
   2:19-cv-00236/#14 kew

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    7/27/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®           ☐ Priority Mail Express™
   ☐ Registered                ☒ Return Receipt for Merchandise
   ☐ Insured Mail              ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)    7014 2120 0001 0588 3927

PS Form 3811, July 2013         Domestic Return Receipt

