UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**DON BLANKENSHIP,**
        **Plaintiff,**

                              Civil Action No.: 2:19-cv-00236
                              Judge John T. Copenhaver, Jr.

v.

**HONORABLE ANDREW NAPOLITANO (RET.),**
**et al.,**
        **Defendants.**

### DEFENDANTS ANDREW FEINBERG AND BREAKFAST MEDIA, LLC'S MOTION TO DISMISS

Defendants Andrew Feinberg and Breakfast Media, LLC, by counsel, hereby move this Court to dismiss the Plaintiff Don Blankenship's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). The legal arguments and factual background in support of the arguments in this Motion are addressed fully in Defendant Feinberg and Breakfast Media LLC's concurrently filed Memorandum.

Wherefore, Defendants respectfully pray that the Court issue an Order dismissing all claims with prejudice against Defendants Andrew Feinberg and Breakfast Media LLC and award such other relief as it deems proper.

Dated: August 16, 2019

Respectfully Submitted,

Andrew Feinberg and Breakfast Media LLC

By Counsel

/s/ Adriana Marshall
Adriana Marshall, Esq.
W. Va. State Bar I.D. #10710
MARSHALL LAW PLLC
1114 Kanawha Blvd E
Charleston, WV 25301-2403
Phone:  (304) 692-9887
Fax:     (304) 345-3355
E-Mail: adrianamarshall@marshalllawpllc.com


William Moran II, Esq.
(*Pro Hac Vice Pending*)
Maryland Attorney #: 1706200121
HAWGOOD MORAN LAW
10015 Old Columbia Rd. Ste. B215
Columbia, MD 21046
Phone:  (301) 439-0394
Fax:     (410) 290-5285
E-Mail: moranmedialaw@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**DON BLANKENSHIP,**
    **Plaintiff,**

                      **Civil Action No.: 2:19-cv-00236**
                      **Judge John T. Copenhaver, Jr.**

**v.**

**HONORABLE ANDREW NAPOLITANO (RET.),**
**et al.,**
    **Defendants.**

## **CERTIFICATE OF SERVICE**

       The undersigned counsel for Defendants Breakfast Media, LLC and Andrew Feinberg, hereby certifies that the foregoing "Defendants Andrew Feinberg and Breakfast Media LLC's Motion to Dismiss" was served on all counsel of record through the CM/ECF system.

                                              /s/ Adriana Marshall
                                              W. Va. State Bar I.D. #10710