UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DON BLANKENSHIP,

        Plaintiff,

v.                                          Case No.: 2:19-cv-00236

HONORABLE ANDREW NAPOLITANO
(RET.), et al.,

        Defendants.

## MOTION OF DEFENDANT DAN RATHER TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE

Now comes the Defendant, Dan Rather, by his undersigned counsel, and, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, moves the Court to Dismiss Plaintiff Don Blankenship's First Amended Complaint with Prejudice, for the reasons assigned in the accompanying Memorandum in Support thereof, and in the Declaration of Dan Rather, attached hereto as "Exhibit A", both of which are incorporated herein by this reference.

        Respectfully submitted,

        /s/ William D. Wilmoth
        William D. Wilmoth (WV Bar No. 4075)
        STEPTOE & JOHNSON, PLLC
        1233 Main Street, Suite 3000
        Wheeling, WV 26003
        T: (304) 231-0456; F: (304) 933-8708
        William.Wilmoth@Steptoe-Johnson.com

        Chris Vlahos (admitted *Pro Hac Vice*)
        BPR No. 20318
        Jenna Harris (admitted *Pro Hac Vice*)
        BPR No. 31150
        Ritholz Levy Fields, LLP
        1221 6th Ave N
        Nashville, TN 37208
        Phone: (615) 250-3939
        cvlahos@rlfllp.com
        jharris@rlfllp.com

        *Attorneys for Defendant Dan Rather*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

DON BLANKENSHIP,

        Plaintiff,

v.                              Case No.: 2:19-cv-00236

HONORABLE ANDREW NAPOLITANO
(RET.), et al.,

        Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

                                            /s/ William D. Wilmoth
                                            William D. Wilmoth (WV Bar No. 4075)