IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

DON BLANKENSHIP,

    *Plaintiff*,

v.     Case No. 2:19-cv-00236

ANDREW NAPOLITANO, *et al.*,

    *Defendants*.

## DEFENDANT NATIONAL REPUBLICAN SENATORIAL COMMITTEE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant National Republican Senatorial Committee states:

- The National Republican Senatorial Committee has no parent corporation.

- No publicly-held corporation owns 10% or more of the National Republican Senatorial Committee's stock.

/s/Melissa Foster Bird
Melissa Foster Bird
Christopher D. Smith
Nelson Mullins Riley & Scarborough LLP
949 Third Ave., Suite 200
Huntington, WV 25701
Tel: 304-526-3503
Fax: 304-526-3543
melissa.fosterbird@nelsonmullins.com

and

Michael A. Carvin (pro hac vice pending)
Anthony J. Dick (pro hac vice pending)
Stephen J. Kenny (pro hac vice pending)
JONES DAY
51 Louisiana Ave. NW
Washington, DC, 20001-2113
Tel.: 202-879-3939
Fax: 202-626-1700
macarvin@jonesday.com

*Attorneys for Defendant National Republican Senatorial Committee*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

DON BLANKENSHIP,

    *Plaintiff*,

v.                                                        Case No. 2:19-cv-00236

ANDREW NAPOLITANO, *et al.*,

    *Defendants*.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing ***"Defendant National Republican Senatorial Committee's Rule 7.1 Disclosure Statement"*** was served on all counsel of record through the CM/ECF system.

                                                          /s/Melissa Foster Bird