IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**DON BLANKENSHIP**,

    Plaintiff,

v.                                 CIVIL ACTION NO. 2:19-00236
                                      (Hon. John T. Copenhaver, Jr., Senior Judge)

**HON. ANDREW NAPOLITANO (RET.)**, *et al.*,

    Defendants.

### THE *CHARLESTON GAZETTE-MAIL*[1]'s
### MOTION TO DISMISS

    Defendant Charleston Gazette-Mail hereby moves to dismiss the claims in the First Amended Complaint alleged against it for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*. For the reasons stated in the Memorandum in Support filed contemporaneously herewith, the motion should be granted.

                                                   **CHARLESTON GAZETTE-MAIL,**
                                                   ------------------By Counsel----------------

                                                   /s/ Sean P. McGinley
                                                   Sean P. McGinley, Esquire, Bar No. 5238
                                                   **DIPIERO SIMMONS MCGINLEY**
                                                   **& BASTRESS, PLLC**
                                                   604 Virginia Street, East
                                                   Charleston, WV  25301
                                                   (304) 342-0133

---

[1] Plaintiff in his First Amended Complaint misidentifies the "The Charleston Gazette-Mail" as the "owner of the Charleston Gazette;" and also misidentifies the name of the newspaper in which the column about which he complains appeared. First Amended Complt. at ¶ 71. HD Media, LLC is the owner of the Charleston Gazette-Mail, which is the correct name of the newspaper in which the column at issue in ¶ 212 of the First Amended Complaint appears.

## CERTIFICATE OF SERVICE

I, Sean P. McGinley, hereby certify that on this 16th day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including:

Jeffrey S. Simpkins
**SIMPKINS LAW**
102 E. 2nd Avenue
Williamson, WV 25661
Telephone: 304.235.2735

Eric P. Early (CA 166275) (pro hac vice)
Jeremy Gray (CA 150075) (pro hac vice )
Kevin S. Sinclair (CA 254069) (pro hac vice)
**EARLY SULLIVAN WRIGHT GIZER & MCCRAE**
6420 Wilshire Boulevard, 17 Floor
Los Angeles, CA 90048
Telephone: 323.301.4660

/s/ Sean P. McGinley, Esq.
Sean P. McGinley, Esquire (WV Bar # 5836)