THE HONORABLE JOHN T. COPENHAVER, JR.
THE HONORABLE MIKI J. THOMPSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP,<br><br>Plaintiff,<br><br>v.<br><br>HONORABLE ANDREW NAPOLITANO (RET.), et al.,<br><br>Defendant. | No.: 2:19-cv-00236<br><br>DEFENDANT DSCC, LAUREN PASSALACQUA, BEN RAY, DAVID BERGSTEIN, COURTNEY RICE AND JUSTIN LAVOIE'S MOTION TO DISMISS WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>Friday, September 6, 2019 |

COME NOW Defendants Democratic Senatorial Campaign Committee, Lauren Passalacqua, Ben Ray, David Bergstein, Courtney Rice, and Justin Lavoie, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) and W. Va. Code § 55-2-12(c), for an order dismissing Plaintiff Don Blankenship's claims with prejudice for lack of personal jurisdiction, failure to bring the action within the statute of limitations period, and failure to state a claim upon which relief can be granted.

DEFENDANT DSCC, ET. AL.'S MOTION TO DISMISS (NO. 2:19-CV-00236) – 1

145286602.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

In support of this Motion, Defendants adopt and incorporate herein each and every argument and contention set forth in the accompanying Brief in Support of Defendants' Motion to Dismiss and the exhibit and declaration attached hereto.

WHEREFORE for the reasons more fully explained in the accompanying Brief in Support of Defendants' Motion to Dismiss incorporated herein, Defendants request that the Court enter an Order granting the Motion and dismissing the case as to the moving Defendants with prejudice, together with such other and further relief as the Court deems necessary.

RESPECTFULLY SUBMITTED this 16th day of August, 2019.

s/ Anthony J. Majestro
Anthony J. Majestro, Esq.
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Telephone: (304) 346-2889
Facsimile: (304) 346-2895
E-mail: amajestro@powellmajestro.com

Marc E. Elias (pro hac vice)
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, D.C. 20005-3960

Ben Stafford (pro hac vice)
BStafford@perkinscoie.com
Heath Hyatt (pro hac vice)
HHyatt@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Democratic Senatorial Campaign Committee, Lauren Passalacqua, Ben Ray, David Bergstein, Courtney Rice, and Justin Lavoie

DEFENDANT DSCC, ET. AL.'S MOTION TO DISMISS (NO. 2:19-CV-00236) – 2

145286602.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DON BLANKENSHIP,

      Plaintiff,

v.                               Civil Action No. 2:19-cv-00236
                                 Judge John T. Copenhaver, Jr.

HONORABLE ANDREW NAPOLITANO (RET.),
et al.,

      Defendants.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2019, the foregoing **Motion to Dismiss** was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                    s/ Anthony J. Majestro
                                                    Anthony J. Majestro (WVSB 5165)