# EXHIBITS 6-9

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

SARAH GOLABEK-GOLDMAN
(202) 434-5258
sgolabek-goldman@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

FILED
AUG 19 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

August 16, 2019

*Via Priority Overnight Mail*

Rory L. Perry II, Clerk
United States District Court for the Southern District of West Virginia
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, West Virginia 25301

Re:  *Blankenship v. Napolitano, et al.*, No. 2:19-cv-00236

Dear Mr. Perry:

Pursuant to Local Rule 14.9, enclosed please find four DVDs of the CNN telecasts at issue in the above referenced matter, which are referenced as Exhibits 6-9 in the Memorandum of Law in Support of CNN Defendants' Motion to Dismiss. A paper copy of the Notice of Electronic Filing of the ECF attachment is attached.

Respectfully,

Sarah Golabek-Goldman

Enclosure

*CNN Newsroom* (2018.04.29), Exhibit 6
*Unfiltered* (2018.05.02), Exhibit 7
*CNN Tonight* (2018.05.07), Exhibit 8
*Unfiltered* (2018.05.08), Exhibit 9
Notice of Electronic Filing

Cc: Counsel for Plaintiff Don Blankenship







