# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP, | Case No.: 2:19-cv-00236 |
| Plaintiff, | [Honorable John T. Copenhaver, Jr.] |
| vs. | |
| HONORABLE ANDREW NAPOLITANO (RET.), et al., | |
| Defendants. | |

## [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE

## OF SELECTED DEFENDANTS

Based on the Stipulation by and between Plaintiff Don Blankenship, on the one hand, and each of the following defendants, Gannett Co., Inc., Mike Argento, The New York Observer (named as Observer Media Group, LLC), Davis Richardson, Rob Persey, and Union Leader Corporation (collectively, "Defendants"), on the other hand, through their respective counsel of record, it is hereby ordered as follows:

1. Defendant Gannett Co., Inc. is hereby dismissed from this action, without prejudice.

2. Defendant Mike Argento is hereby dismissed from this action, without prejudice.

3. Defendant The New York Observer (named as Observer Media Group, LLC) is hereby dismissed from this action, without prejudice.

4. Defendant Davis Richardson is hereby dismissed from this action, without prejudice.

5. Defendant Rob Persey is hereby dismissed from this action, without prejudice.

6. Defendant Union Leader Corporation is hereby dismissed from this action, without

500814.1

   prejudice.

7. Plaintiff and stipulating Defendants agree, as against one another, to bear their own fees and costs. However, if Plaintiff re-files his action against any of the stipulating Defendants, this waiver of fees and costs shall be null and void, and of no force or effect, as between Plaintiff and the stipulating Defendants against which/whom Plaintiff re-files his action.

8. Each and every party to this Stipulation reserves any and all other rights.

It is so Ordered.

_____
Honorable John T. Copenhaver, Jr.
Senior United States District Judge

Dated: _____