# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| DON BLANKENSHIP,<br><br>               Plaintiff,<br><br>     vs.<br><br>HONORABLE ANDREW NAPOLITANO (RET.) et al.<br><br><br>              Defendants. | Case No.: 2:19-cv-00236<br><br>[Honorable John T. Copenhaver, Jr.] |

---

**PLAINTIFF'S PROOF OF SERVICE OF FIRST AMENDED COMPLAINT TO KEVIN MCLAUGHLIN, JOHN LAYFIELD, HAYRIDE MEDIA, LLC, CHRIS JONES, BRADLEY BLAKEMAN, ANDREW FEINBERG, DAVID MARTOSKO, JOY ANN LOMENA-REID, JUSTIN LAVOIE, BREITBART NEWS NETWORK, LLC, ELIZABETH MACDONALD, DAVID BERGSTEIN, GIDEON RESNICK, LEIGH ANN CALDWELL, TAMAR AUBER, CATHLEEN DECKER, CHRIS HAYES, HOWIE KLEIN, ELI LEHRER, AND NEIL CAVUTO**

---

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeremy Gray, Esq.,<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>_Telephone No:_  323-301-4660 | | | | |
| _Attorney For:_  Plaintiff | | _Ref. No. or File No.:_ | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA |

| _Plaintiff:_  DON BLANKENSHIP |
|---|
| _Defendant:_  HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.  *a.*  Party served:  Kevin P. McLaughlin
    c/o National Republican Senatorial Committee
    *b.*  Person served:  party in item 3.a.
    Served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*  425 2nd St NE, Washington, DC 20002

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 24 2019 (2) at: 02:07 PM

6.  *Person Who Served Papers:*
    a. Nina Lew
    **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    **d.** *The Fee* for Service was:

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/25/2019
_____
*(Date)*

_Nina Lew_
_____
*(Signature)*



**PROOF OF
SERVICE**

3493584
*(4028106)*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeremy Gray, Esq.,<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 | | | | |

Telephone No: 323-301-4660

Attorney For: Plaintiff     Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Plaintiff: DON BLANKENSHIP
Defendant: HONORABLE ANDREW NAPOLITANO (RET.), et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.    a.   Party served:    John Layfield
     b.   Person served:    Mary Layfield, Mother
                         Served under F.R.C.P. Rule 4

4.    Address where the party was served:    111 Penny Ln, Athens, TX 75751

5.    I served the party:
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 24 2019 (2) at: 12:32 PM

6.    **Person Who Served Papers:**
     a. Douglas M. Perkins
     b. **FIRST LEGAL**
        1517 W. Beverly Blvd.
        LOS ANGELES, CA 90026
     c. (213) 250-1111

                                       d. **The Fee** for Service was:

7.    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/25/2019
*(Date)*

*(Signature)*



PROOF OF
SERVICE

3493578
(4028097)

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  *Telephone No:*  323-301-4660 | |

| | |
|---|---|
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLETSTON DIVISION

*Plaintiff:*  DON BLANKENSHIP
*Defendant:*  HONORABLE ANDREW NAPOLITANO (RET.), et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.   *a.*  *Party served:*    Hayride Media, LLC
    *b.*  *Person served:*  Scott McKay, Agent for service, served under F.R.C.P. Rule 4.

4. *Address where the party was served:*  9007 Highland Rd #15, Baton Rouge, LA 70810

5.   *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Thu, Jun 27 2019 (2) at: 06:02 PM

6.   *Person Who Served Papers:*
    a. William Humble                      *d. The Fee for Service was:*
    b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7. *I declare under penalty of perjury that the foregoing is true and correct.*

          07/01/2019                  *William Humble*
            *(Date)*                            *(Signature)*



                             **PROOF OF**                        *3507708*
                             **SERVICE**                     *(4032695)*

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>_Telephone No:_  323-301-4660 | | | | **For Court Use Only** |
|---|---|---|---|---|
| _Attorney For:_  Plaintiff | _Ref. No. or File No.:_ | | | |
| _Insert name of Court, and Judicial District and Branch Court:_<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | | | |
| _Plaintiff:_  DON BLANKENSHIP<br>_Defendant:_  HONORABLE ANDREW NAPOLITANO (RET.), et al. | | | | |
| **PROOF OF SERVICE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>2:19-cv-00236 |

1.  _At the time of service I was at least 18 years of age and not a party to this action._

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.  _a._  _Party served:_      Chris Jones
    _b._  _Person served:_    Party in item 3.a., served under F.R.C.P. Rule 4.

4.  _Address where the party was served:_    299 Main St, Salt Lake City, UT 84111

5.  _I served the party:_
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 27 2019 (2) at: 12:10 PM

**6. _Person Who Served Papers:_**

   a. James Schmidt          **d. _The Fee_** _for Service was:_ $287.60
   **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7.  _**I declare under penalty of perjury that the foregoing is true and correct.**_

06/28/2019                    _James Schmidt_ (signature)

_(Date)_                           _(Signature)_

**PROOF OF
SERVICE**

_3507663_
_(4032673)_

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>_Telephone No:_  323-301-4660 | | |
| _Attorney For:_  Plaintiff | _Ref. No. or File No.:_ | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION |

| _Plaintiff:_  DON BLANKENSHIP |
|---|
| _Defendant:_   HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.  *a.  Party served:*     Bradley A. Blakeman
    *b.  Person served:*    Party in item 3.a., served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   6301 Chaucer View Cir, Alexandria, VA 22304

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jul 04 2019 (2) at: 11:04 AM

6.  **Person Who Served Papers:**
    a. David Barefoot                                                  **d.** *The Fee* for Service was:
    b. **FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

        07/08/2019
    ─────────────────────                    ─────────────────────
          *(Date)*                                  *(Signature)*



|  PROOF OF  |  3493576 ( |
|---|---|
|  SERVICE  |  4028087) |

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>KEVIN S. SINCLAIR (SBN: 254069)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  Telephone No:  323-301-4660 | | For Court Use Only |
|---|---|---|
|   Attorney For:  Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, CHARLESTON DIVISION | | |
| Plaintiff:  DON BLANKENSHIP<br>Defendant:  HONORABLE ANDREW NAPOLITANO (RET.), et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3.  *a.*  *Party served:*    ANDREW FEINBERG
    *b.*  *Person served:*  PARTY IN ITEM 3.A.

4.  *Address where the party was served:*  10401 Grosvenor Place, Apt. 1314, Rockville, MD 20852

5.  *I served the party:*
    a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 02 2019 (2) at: 07:51 PM

6.  **Person Who Served Papers:**
    a. Nina Lew
    **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      Los Angeles, CA 90026
    c. (213) 250-1111

    *d. The Fee for Service was:* $311.30

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

                         7/10/2019                       *Nina Lew*

                              *(Date)*                                   *(Signature)*



                                 PROOF OF<br>                                  SERVICE

*3525762*<br>*(4039420)*

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>KEVIN S. SINCLAIR (SBN: 254069)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br> *Telephone No:*  323-301-4660 | | *For Court Use Only* |
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* | |

| |
|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA  - CHARLESTON DIVISION |
| *Plaintiff:*  DON BLANKENSHIP<br>*Defendant:*  HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3.  *a.  Party served:*     DAVID MARTOSKO
    *b.  Person served:*    PARTY IN ITEM 3.A.

4.  *Address where the party was served:*    5941 Oak Leather Drive, Burke, VA 22015

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 03 2019 (2) at: 10:53 AM

6.  *Person Who Served Papers:*
    a. Kailynne Johnson                              d. *The Fee* for Service was: $311.30
    b. **FIRST LEGAL**
       1517 W. Beverly Boulevard
       Los Angeles, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

7/10/2019
*(Date)*

*(Signature)*



PROOF OF
SERVICE

3525766
(4039416)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>Telephone No:   323-301-4660 | | |
| Attorney For:   Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLETSTON DIVISION |

| Plaintiff:   DON BLANKENSHIP |
|---|
| Defendant:   HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.  *a.*   Party served:   Joy Ann Lomena-Reid
    *b.*   Person served:   Jason Reid, Husband, Co-Occupant, served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   2619 Weary Creek Ct, Bowie, MD 20716

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 27 2019 (2) at: 08:15 PM

6.  **Person Who Served Papers:**
    a. John Anderson                                d. *The Fee for Service was:*
    **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

_____07/01/2019_____                                _____
          *(Date)*                                                *(Signature)*



PROOF OF
SERVICE

*3507531*
*(4032640)*

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  Telephone No:  323-301-4660 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | | | |
| Plaintiff:  DON BLANKENSHIP<br>Defendant:  HONORABLE ANDREW NAPOLITANO (RET.), et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3.  *a.  Party served:*   Justin Lavoie
    *b.  Person served:*   Party in item 3.a., served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   8314 Amity Cir, Gaithersburg, MD 20877

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jul 11 2019 (2) at: 08:33 PM

6. **Person Who Served Papers:**
    a. Tom Chedester          d. **The Fee** *for Service was:* $1174.14
    b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/15/2019

*(Date)*                                  *(Signature)*



PROOF OF
SERVICE

3525775
(4039415)

| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>KEVIN S. SINCLAIR (SBN: 254069)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>*Telephone No:*  323-301-4660<br><br>*Attorney For:*  Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, CHARLESTON DIVISION |
|---|

| *Plaintiff:*  DON BLANKENSHIP<br>*Defendant:*  HONORABLE ANDREW NAPOLITANO (RET.), et al. |
|---|

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3.   *a.*  *Party served:*    BREITBART NEWS NETWORK, LLC
    *b.*  *Person served:*  JEFF TINDALL, EMPLOYEE AUTHORIZED TO ACCEPT SERVICE/ERESIDENTAGENT, INC.,
                      REGISTERED AGENT        [Served under F.R.C.P. Rule 4.]

4. *Address where the party was served:*  1013 CENTRE ROAD, #403S, WILMINGTON , DE 19805

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 22 2019 (2) at: 01:05 PM

6. *Person Who Served Papers:*
    a. John Garber                          *d. The Fee for Service was:* $311.30
    b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/23/2019
_____
*(Date)*

_____
*(Signature)*



PROOF OF
SERVICE

3583270
(4058861)

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  Telephone No:  323-301-4660<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | |
| Plaintiff:  DON BLANKENSHIP<br>Defendant:  HONORABLE ANDREW NAPOLITANO (RET.), et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.  a.  *Party served:*    Elizabeth Macdonald
    b.  *Person served:*   Peter Lane, Building Doorman, served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   336 Central Park W Apt 14D, New York, NY 10025

5.  *I served the party:*
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 27 2019 (2) at: 07:30 PM

6.  *Person Who Served Papers:*
    a. Carl Miller DCA Lic No. 0790101                                 d. *The Fee for Service was:*
       PM Legal, LLC
       75 Maiden Lane 11th Floor
       New York, NY 10038
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

07/03/2019
_____
(Date)

_____
(Signature)



PROOF OF
SERVICE

*3507610*
*(4032660)*

| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br> *Telephone No:* 323-301-4660 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | | | |
| *Plaintiff:* DON BLANKENSHIP<br>*Defendant:* HONORABLE ANDREW NAPOLITANO (RET.), et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3. *a. Party served:* David Bergstein
   *b. Person served:* Party in item 3.a., served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 430 S Capitol St SE, Washington, DC 20003

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 27 2019 (2) at: 03:39 PM

6. *Person Who Served Papers:*
   a. Nina Lew                          **d.** *The Fee for Service was:* $322.90
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury that the foregoing is true and correct.*

06/28/2019

*(Date)*                          Nina Lew

                          *(Signature)*



**PROOF OF
SERVICE**

*3507541*
*(4032651)*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  Telephone No:  323-301-4660 | | |
| Attorney For:  Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLETSTON DIVISION |

| Plaintiff:  DON BLANKENSHIP |
|---|
| Defendant:  HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.  *a.   Party served:*      Gideon Resnick
    *b.   Person served:*   Neil Rosenhause, Employee in Charge, served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    555 W 18th St 5th Floor, New York, NY 10011

5.  *I served the party:*
    a. **by substituted service.**   On: Thu, Jun 27 2019 at: 01:46 PM by leaving the copies with or in the presence of:
                               Neil Rosenhause, Employee in Charge

    (1)  ☐   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
    (2)  ☒   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of
                  business of the person served. I informed him or her of the general nature of the papers.
    (3)  ☒   **(Declaration of Mailing)** is attached.
    (4)  ☐   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



**PROOF OF
SERVICE**

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  *Telephone No:*  323-301-4660<br><br>  *Attorney For:*  Plaintiff    *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | | | |
|---|---|---|---|---|
| *Plaintiff:*  DON BLANKENSHIP<br>*Defendant:*  HONORABLE ANDREW NAPOLITANO (RET.), et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |

6. *Person Who Served Papers:*
  a. Ronald Krammer            **d.** *The Fee for Service was:* $322.90
  **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
  c. (213) 250-1111

7.   *I declare under penalty of perjury under that the foregoing is true and correct.*


                          06/28/2019
                            (Date)                            (Signature)



*3507601*
*(4032657)*
Page 2 of 2

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  *Telephone No:*  323-301-4660<br><br>  *Attorney For:*  Plaintiff    *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLETSTON DIVISION

*Plaintiff:*  DON BLANKENSHIP
*Defendant:*  HONORABLE ANDREW NAPOLITANO (RET.), et al.

| PROOF OF SERVICE<br>By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage
    prepaid as follows:
    a. Date of Mailing: Thu, Jun 27, 2019
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: Gideon Resnick
          555 W 18th St, 5th Floor New York, NY 10011

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal
    Service on Thu, Jun 27, 2019 in the ordinary course of business.*

5. **Person Serving:**
    a. THOMAS TILCOCK                    d. **The Fee** for Service was: $322.90
    **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
    c. (213) 250-1111

6.  *I declare under penalty of perjury that the foregoing is true and correct.*

06/28/2019
*(Date)*                                    *(Signature)*

Judicial Council Form                    PROOF OF SERVICE                    *3507601*
Rule 2.150.(a)&(b) Rev January 1, 2007      BY MAIL                          *(4032657)*

FL
FIRST LEGAL

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  *Telephone No:*   323-301-4660 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney For:*   Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | | | |
| *Plaintiff:*   DON BLANKENSHIP<br>*Defendant:*   HONORABLE ANDREW NAPOLITANO (RET.), et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3. *a.   Party served:*      Leigh Ann Caldwell
   *b.   Person served:*    "John Doe", Co-Occupant served under F.R.C.P. Rule 4.,
   (Age: 40-50; Ethnicity: Caucasian; Gender: Male; Weight: 175-200; Height: 6'1"; Hair: Bald)

4. *Address where the party was served:*    4705 46th St NW, Washington, DC 20016

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 24 2019 (2) at: 08:15 PM

6. *Person Who Served Papers:*
   a. Royce Roberts                                                 d. *The Fee for Service was:*
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury that the foregoing is true and correct.*


07/03/2019                                    *Royce Roberts*

*(Date)*                                           *(Signature)*



PROOF OF
SERVICE

3493602
(4028125)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>*Telephone No:* 323-301-4660 | *For Court Use Only* |
| *Attorney For:* Plaintiff      *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLESTON DIVISION | |
| *Plaintiff:* DON BLANKENSHIP<br>*Defendant:* HONORABLE ANDREW NAPOLITANO (RET.), et al. | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3.  *a. Party served:*      Tamar Auber
    *b. Person served:*      Party in item 3.a., served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*      255 W 43rd St Apt 508, New York, NY 10036

5.  *I served the party:*
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Jun 29 2019 (2) at: 08:30 PM

6.  *Person Who Served Papers:*
    a. Carl Miller    DCA Lic. No. 0790101          *d. The Fee for Service was:* $466.71
    PM Legal, LLC
    75 Maiden Lane 11ᵗʰ Floor
    New York, NY 10038
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

                       07/02/2019
                         *(Date)*                                  *(Signature)*



PROOF OF
SERVICE

*3507551*
*(4032653)*

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>   *Telephone No:*  323-301-4660<br><br>   *Attorney For:*  Plaintiff     *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | |
|---|---|
| *Plaintiff:*  DON BLANKENSHIP<br>*Defendant:*   HONORABLE ANDREW NAPOLITANO (RET.), et al. | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint, Order

3. *a.   Party served:*     Elizabeth Macdonald
   *b.   Person served:*   Peter Lane, Building Doorman, served under F.R.C.P. Rule 4.

4. *Address where the party was served:*   336 Central Park W Apt 14D, New York, NY 10025

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Thu, Jun 27 2019 (2) at: 07:30 PM

6. *Person Who Served Papers:*
   a. Carl Miller  DCA Lic No.  0790101                                    d. *The Fee for Service was:*
      PM Legal, LLC
      75 Maiden Lane 11th Floor
      New York, NY 10038
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury that the foregoing is true and correct.*

               07/03/2019                                    _____
                *(Date)*                                              *(Signature)*



                                    PROOF OF                                    *3507610*
                                    SERVICE                                    *(4032660)*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>   Telephone No:   323-301-4660 | | |
| Attorney For:   Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION |
|---|

| Plaintiff:   DON BLANKENSHIP<br>Defendant:   HONORABLE ANDREW NAPOLITANO (RET.), et al. |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.  *a.   Party served:*   Cathleen Decker
    *b.   Person served:*   Party in item 3.a., served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   825 New Hampshire Ave NW Apt 402, Washington, DC 20037

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 24 2019 (2) at: 09:00 PM

6.  *Person Who Served Papers:*
    a. Royce Roberts                       d. *The Fee* for Service was: $311.30
    b. **FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/27/2019                      *Royce Roberts*
_____                _____
(Date)                              (Signature)

PROOF OF
SERVICE

3493595
(4028115)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  Telephone No: 323-301-4660<br><br>  Attorney For:  Plaintiff | |

Ref. No. or File No.:

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLETSTON DIVISION

*Plaintiff:* DON BLANKENSHIP
*Defendant:* HONORABLE ANDREW NAPOLITANO (RET.), et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.  *a.  Party served:*    Christopher L. Hayes
    *b.  Person served:*   Mrs. Hayes, Wife/Co-Occupant, served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   43 Howard Pl, Brooklyn, NY 11215

5.  *I served the party:*
    a. **by substituted service.**   On: Mon, Jun 24 2019 at: 07:46 PM by leaving the copies with or in the presence of:
       Mrs. Hayes, Wife/Co-Occupant (Age: 45-55; Ethnicity: Caucasian; Gender: Female; Weight: 130;
       Height: 5'7"; Hair: Brown)

    (1)  [ X ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
    (2)  [   ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of
         business of the person served. I informed him or her of the general nature of the papers.
    (3)  [ X ]  **(Declaration of Mailing)** is attached.
    (4)  [   ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



**PROOF OF
SERVICE**

*3493587*
*(4028108)*
Page 1 of 2

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>　Telephone No:　323-301-4660<br><br>　Attorney For:　Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION | | |
| Plaintiff:　DON BLANKENSHIP<br>Defendant:　HONORABLE ANDREW NAPOLITANO (RET.), et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00236 |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Assmet Abderraham
   **b. FIRST LEGAL**
   　1517 W. Beverly Blvd.
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** *The Fee for Service was:* $311.30

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



06/26/2019
———————————————
*(Date)*

———————————————
*(Signature)*



**PROOF OF
SERVICE**

*3493587*
*(4028108)*
Page 2 of 2

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  *Telephone No:*  323-301-4660 | |

| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLETSTON DIVISION

*Plaintiff:*  DON BLANKENSHIP
*Defendant:*  HONORABLE ANDREW NAPOLITANO (RET.), et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage
    prepaid as follows:
    a. Date of Mailing: Tue, Jun 25, 2019
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: Christopher L. Hayes
             43 Howard Pl, Brooklyn, NY 11215

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal
    Service on Tue, Jun 25, 2019 in the ordinary course of business.*

5. *Person Serving:*
    a. THOMAS TILCOCK          **d. *The Fee* for Service was: $311.30**
    **b. FIRST LEGAL**
       1517 W. Beverly Boulevard
       LOS ANGELES, CA 90026
    c. (213) 250-1111

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

06/26/2019

_____                    _____
(Date)                                                        (Signature)

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>KEVIN S. SINCLAIR (SBN: 254069)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br> Telephone No: 323-301-4660<br><br> Attorney For: Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA - CHARLESTON DIVISION |
|---|
| *Plaintiff:* DON BLANKENSHIP<br>*Defendant:* HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3.   *a.    Party served:*      HOWIE KLEIN
     *b.    Person served:*    PARTY IN ITEM 3.A.
                         [Served under F.R.C.P. Rule 4.]

4.   *Address where the party was served:*    3653 Shannon Road, Los Angeles, CA 90027

5.   *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 03 2019 (2) at: 08:23 AM

6.   *Person Who Served Papers:*
     a. Javier Sanchez (2014115318, Los Angeles)          **d.** *The Fee for Service was:* $117.13
     **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
     c. (213) 250-1111

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

|  |  |
|---|---|
| 07/08/2019 | |
| *(Date)* | *(Signature)* |



**PROOF OF
SERVICE**

*3525803*
*(4039391)*

| Attorney or Party without Attorney: EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP KEVIN S. SINCLAIR (SBN: 254069) 6420 Wilshire Blvd., 17th Floor Los Angeles, CA 90048 *Telephone No:* 323-301-4660 | | For Court Use Only |
|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA - CHARLESTON DIVISION

*Plaintiff:* DON BLANKENSHIP
*Defendant:* HONORABLE ANDREW NAPOLITANO (RET.), et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:19-cv-00236 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Plaintiff's First Amended Complaint

3. a. Party served:   ELI LEHRER
   b. Person served:   PARTY IN ITEM 3.A.

4. *Address where the party was served:*   1212 New York Avenue N.W., Suite 900, Washington, DC 20005

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 03 2019 (2) at: 11:43 AM

6. *Person Who Served Papers:*
   a. Nina Lew
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      Los Angeles, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $311.30

7. *I declare under penalty of perjury that the foregoing is true and correct.*

_1/10/2019_
(Date)

_Nina Lew_
(Signature)



PROOF OF
SERVICE

3525727
(4039424)

| Attorney or Party without Attorney:<br>EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP<br>Jeffrey S. Simpkins (WV State Bar Number 9806)<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048<br>  Telephone No: 323-301-4660<br><br>  Attorney For:   Plaintiff | For Court Use Only |
|---|---|

*Ref. No. or File No.:*

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>CHARLETSTON DIVISION |
|---|

| *Plaintiff:*  DON BLANKENSHIP<br>*Defendant:*   HONORABLE ANDREW NAPOLITANO (RET.), et al. |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-cv-00236 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, First Amended Complaint, Order

3.  *a.   Party served:*      Neil P. Cavuto
    *b.   Person served:*    Party in item 3.a., Served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    55 Prentice Ln, Mendham, NJ 07945

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 24 2019 (2) at: 08:57 PM

6.  *Person Who Served Papers:*
    a. Manny Bayo                                                    **d.** ***The Fee*** for Service was:
    **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under that the foregoing is true and correct.*

06/26/2019

*(Date)*                                                                        *(Signature)*



**PROOF OF**
**SERVICE**

*3493572*
*(4028080)*