IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**DON BLANKENSHIP**,

    Plaintiff,

v.                               CIVIL ACTION NO. 2:19-cv-00236

**HONORABLE ANDREW NAPOLITANO**,
**(RET.), et al.**

    Defendants.

## ORDER

    For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable John T. Copenhaver, Jr., United States District Judge, to the Honorable Thomas E. Johnston, United States District Judge.

    Copies of this Order shall be forwarded by the Clerk to Judge Copenhaver, Judge Johnston, and counsel of record.

    DATED: August 28, 2019

_____
RORY L. PERRY II, Clerk of Court