IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**DON BLANKENSHIP**,

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:19-cv-00236

**HONORABLE ANDREW NAPOLITANO,**
**(RET.), et al.**

    Defendants.

## ORDER

For reasons appearing to the court, the Order entered on August 28, 2019, reassigning this matter to the Honorable Chief Judge Thomas E. Johnston is hereby **VACATED**, and an order reassigning this matter will be entered in due course.

Copies of this Order shall be forwarded by the Clerk to Chief Judge Johnston and counsel of record.

        DATED: August 28, 2019

_____
RORY L. PERRY II, Clerk of Court