IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

DON BLANKENSHIP,

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:19-cv-00236

HONORABLE ANDREW NAPOLITANO (RET.) et al.,

    Defendants.

## ORDER

For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable Robert C. Chambers, United States District Judge, to the Honorable John T. Copenhaver, Jr., United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Chambers, Judge Copenhaver, and counsel of record.

DATED: October 7, 2019

_____
RORY L. PERRY II, Clerk of Court