UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DON BLANKENSHIP,

    Plaintiff,

v.    Civil Action no. 2:19-cv-00236

ANDREW NAPOLITANO et al.,

    Defendants.

## ORDER AND NOTICE

Pursuant to Local Rule of Civil Procedure 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 11/04/2019 | Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)). |
| 11/14/2019 | Last day for Rule 26(f) meeting. |
| 11/21/2019 | Last day to file Report of Parties' Planning Meeting.  See L.R. Civ. P. 16.1. |
| 11/29/2019 | Scheduling conference at 9:30 a.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled.  Lead counsel directed to appear. |
| 12/05/2019 | Entry of scheduling order. |
| 12/16/2019 | Last day to serve F.R. Civ. P 26(a)(1) disclosures. |

**The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.**

DATED: October 16, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge

2