IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| DON BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:19-cv-00236 |
| ) | |
| HONORABLE ANDREW NAPOLITANO ) | |
| (RET.), et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**
**FOR DEFENDANT 35TH INC.**

Pursuant to Rule 83.4(b) of the Local Rules of Civil Procedure for the Southern District of West Virginia, the undersigned attorney hereby notifies the Court and counsel that Defendant 35th Inc. has retained Zachary M. Wallen to substitute as counsel for Michael J. Pattwell in this case.

Respectfully submitted this 17th day of October, 2019.

| | |
|---|---|
| /s/ Zachary M. Wallen | /s/ Michael J. Pattwell |
| Zachary M. Wallen, Esquire | Michael J. Pattwell, Esquire |
| WV ID #11594 | WV ID #10268 |
| Chalmers & Adams LLC | Clark Hill PLC |
| zwallen@cpblawgroup.com | mpattwell@clarkhill.com |
| 301 South Hills Village Drive | 212 E. Cesar Chavez Ave. |
| Suite LL200-420 | Lansing, MI 48906 |
| Pittsburgh, PA 15241 | Tel.: (517) 318-3043 |
| Tel.: (412) 200-0842 | Fax: (517) 318-3082 |
| Fax: (412) 235-5001 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| DON BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:19-cv-00236 |
| | ) |
| HONORABLE ANDREW NAPOLITANO (RET.), et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Zachary M. Wallen, certify that on October 17, 2019, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

/s/ Zachary M. Wallen
Zachary M. Wallen, Esquire
WV ID #11594
Chalmers & Adams LLC
zwallen@cpblawgroup.com
301 South Hills Village Drive
Suite LL200-420
Pittsburgh, PA 15241
Tel.: (412) 200-0842
Fax: (412) 235-5001

*Attorney for Defendant 35th Inc.*