```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**DON BLANKENSHIP,**

        Plaintiff,

v.     Civil Action No. 2:19-cv-00236

**ANDREW NAPOLITANO et al.,**

        Defendants.

## ORDER

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is ORDERED that the plaintiff effect service on the following defendants within thirty (30) days from the date of this order:

- **Associated Press**
- **Daily Mail and General Trust PLC**
- **Down With Tyranny**
- **International Media Investments FZ, LLC doing business as The National**
- **Howie Klein**
- **John Raby**
- **Rashmee Roshan Lall**

The court finds that these defendants were listed in the plaintiff's First Amended Complaint (ECF No. 14), filed on April 9, 2019, but have not yet been properly served. The plaintiff is instructed to provide service in accordance with Rule 4 of the Federal Rules of Civil Procedure on or before December 13, 2019, in the absence of which this action will be dismissed without prejudice against each of the named defendants herein who then remain unserved.

The Clerk is requested to transmit this Order to all counsel of record and to any unrepresented parties.

DATED: November 13, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge