# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**DON BLANKENSHIP,**

    **Plaintiff,**

v.                  Civil Action No. 2:19-cv-00236

**FOX NEWS NETWORK LLC, et al.,**

    **Defendants.**

## ORDER

For reasons appearing to the Court, it is hereby **ORDERED** that this matter be transferred to Rory L. Perry, II, Clerk of the Court, for reassignment to another Magistrate Judge. The Court is directed to transmit a copy of this Order to counsel of record and any unrepresented party.

Enter: June 11, 2020

                                               Dwane L. Tinsley
                                               United States Magistrate Judge