IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**DON BLANKENSHIP,**

          **Plaintiff,**

vs.                                           Civil Action No. 2:19-cv-00236

**FOX NEWS NETWORK, LLC,**
*ET AL.*,

          **Defendants.**

## ORDER

Pending before the Court are Plaintiff's ***Motions to Compel Production of Documents*** to Defendants MSNBC Cable, LLC, Fox News Network, LLC, American Broadcasting Companies, Inc., WP Company LLC, and Cable News Network, Inc. [ECF Nos. 484, 486, 487, 488, and 489, respectively] An informal telephonic conference on this matter is scheduled for **Friday, July 10, 2020 at 1:00 p.m.** at the Elizabeth Kee Federal Building, 601 Federal Street, Bluefield, WV before the undersigned. Counsel have been provided the call-in information via email.

The Clerk is requested to distribute a copy of this Order to all counsel of record.

**ENTER: July 8, 2020.**



Omar J. Aboulhosn
United States Magistrate Judge