IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

DON BLANKENSHIP,

    *Plaintiff*

v.                                                    Case No. 2:19-cv-00236

FOX NEWS NETWORK, LLC, et al.,

    *Defendants.*

## ORDER

Pending is Defendant Fox News Network, LLC's Motion to Strike Inadvertent Filing, filed October 4, 2021. The motion seeks an order striking a notice of appearance (ECF 1008) that was mistakenly filed on its behalf on the docket of this matter.

For reasons appearing to the Court, it is ORDERED that the motion to strike be, and it hereby is, granted. The Court DIRECTS that the notice of appearance (ECF 1008) be stricken from the docket.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

DATED: October 5, 2021

                                                                                John T. Copenhaver, Jr.
                                                                                United States District Judge