IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

DON BLANKENSHIP,

    *Plaintiff*

v.    Case No. 2:19-cv-00236

FOX NEWS NETWORK, LLC, et al.,

    *Defendants.*

## NON-PARTY FOX CORPORATION STIPULATION WITH PLAINTIFF DON BLANKENSHIP

Plaintiff Don Blankenship ("Mr. Blankenship") and specially appearing non-party Fox Corporation hereby stipulate as follows:

1. Whereas, on October 12, 2021, Mr. Blankenship served a subpoena ("the Subpoena") on non-party Fox Corporation for a deposition of its Chairman K. Rupert Murdoch ("Mr. Murdoch");

2. Whereas Mr. Blankenship has sought the deposition of other deponents (the "Other Potential Deponents"), *see* ECF 1027;

3. Whereas on October 28, 2021, Mr. Blankenship and defendant Fox News Network LLC ("FNN") entered into a stipulation, *see* ECF 1036;

4. Whereas Mr. Blankenship, Fox Corporation, and Mr. Murdoch wish to resolve these issues to proceed efficiently to resolution; Fox Corporation and Mr. Blankenship hereby stipulate and agree as follows:

5. Plaintiff shall be permitted to depose Mr. Murdoch for 1⅔ hours of on-the-record time, at a date mutually agreeable between Mr. Blankenship and Mr. Murdoch.

6. The topics of Mr. Murdoch's deposition shall be limited to the topics sent by Mr. Blankenship's counsel to Fox Corporation counsel on September 8, 2021, with the additional limitation that Topic #12 ("The corporate culture of Fox News Channel and/or Fox Business Network") shall be limited to "ethical journalism policies and standards, including, without limitation, accuracy, clarity, fairness, balance, impartiality, independence, and accountability."

7. Fox Corporation and Mr. Blankenship agree that the filing of this stipulation does not subject Mr. Murdoch or Fox Corporation to the jurisdiction of this Court. *See, e.g.* Dkt. 1000. Fox Corporation and Mr. Murdoch do not consent to, and reserve all rights to object to, personal jurisdiction in the Southern District of West Virginia for any matter, including this matter, and they do not consent to a subpoena for trial, if any, in this or any matter.

In accord with Local Rule 16.1(f)(3), the parties acknowledge that this Stipulation shall not affect the trial date or other deadlines specified in Local Rule 16.1(f)(1).

Dated: October 29, 2021

*/s/ Shawn P. George*
Shawn P. George, Esquire (WV Bar #1370)
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, WV 25311
Phone: 304.343.5555
Fax: 304.342.2513
sgeorge@gandllaw.com

Eric M. George (*pro hac vice*)
Browne George Ross O'Brien
Annaguey & Ellis LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Phone: 310.274.7100
Fax: 310.275.5697
egeorge@bgrfirm.com

*Counsel for Specially Appearing*
*Non-Party Fox Corporation*

*/s/ Jeremy Gray*

Jeffrey S. Simpkins (WVSB #9806)
SIMPKINS LAW
102 E. 2nd. Ave.
Williamson, WV 25661

Phone.: (304) 235-2735
simpkinslawoffice@gmail.com

Eric P. Early (*pro hac vice*)
Jeremy Gray (*pro hac vice*)
Kevin S. Sinclair (*pro hac vice*)
Lisa Marie Zepeda (*pro hac vice*)
Thomas Lee (*pro hac vice*)
EARLY SULLIVAN WRIGHT GIZER
&MCRAE LLP
6420 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048
Phone.: (323) 301-4660
Fax: (323) 301-4676
eearly@earlysullivan.com
jgray@earlysullivan.com
lzepeda@earlysullivan.com


*Counsel for Plaintiff
Don Blankenship*