FILED: March 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1198 (L)
(2:20-cv-00278)

_____

DON BLANKENSHIP

    Plaintiff - Appellant

v.

NBCUNIVERSAL, LLC; CNBC, LLC

    Defendants - Appellees

and

DOES 1-50, inclusive

    Defendant

_____

No. 22-1207
(2:19-cv-00236)

_____

DON BLANKENSHIP

    Plaintiff - Appellant

v.

FOX NEWS NETWORK, L.L.C.; CABLE NEWS NETWORK, INCORPORATED; MSNBC CABLE LLC; WP COMPANY LLC, d/b/a The Washington Post; DOES 1-

50, inclusive; MEDIAITE, LLC; FISCALNOTE, INC., d/b/a Roll Call; NEWS AND GUTS, LLC; THE CHARLESTON GAZETTE-MAIL; AMERICAN BROADCASTING COMPANIES, INC.; TAMAR AUBER; GRIFFIN CONNOLLY; ELI LEHRER

       Defendants - Appellees

and

HONORABLE ANDREW NAPOLITANO, (Ret.); NATIONAL REPUBLICAN SENATORIAL COMMITTEE; ASSOCIATED PRESS; BOSTON GLOBE MEDIA PARTNERS, LLC; BREITBART NEWS NETWORK, LLC; CLARITY MEDIA GROUP, INC.; THE WASHINGTON TIMES, LLC; TRIBUNE PUBLISHING COMPANY, LLC; LOS ANGELES TIMES COMMUNICATIONS, LLC; NEIL CAVUTO; CHRIS HAYES; SARAH ELIZABETH CUPP; BRADLEY BLAKEMAN; JOHN LAYFIELD; STEPHANIE HAMILL; KEVIN MCLAUGHLIN; LEIGH ANN CALDWELL; MICHAEL PATRICK LEAHY; JOSH DAWSEY; JENNA JOHNSON; BEN WOLFGANG; MICHAEL WARREN; CATHLEEN DECKER; NBCUNIVERSAL, LLC; CNBC, LLC; DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE; THE NATIONAL JOURNAL GROUP, LLC; WATAUGA WATCH; DOWN WITH TYRANNY; NATIONAL PUBLIC RADIO, INCORPORATED; THE GUARDIAN NEWS & MEDIA, LLC; DOW JONES & COMPANY, INCORPORATED, d/b/a Market Watch; UNIVISION COMMUNICATIONS, INCORPORATED, d/b/a Splinter News; INTERNATIONAL MEDIA INVESTMENTS FZ, LLC, d/b/a The National; THE DAILY BEAST COMPANY LLC; HEARST MAGAZINE MEDIA, INC, d/b/a Esquire Magazine; HAYRIDE MEDIA, LLC; NOWTHIS MEDIA, INC.; THE UNION LEADER CORPORATION; CAPITOL HILL PUBLISHING, INC, d/b/a The Hill; COMMIE GIRL INDUSTRIES, INC., d/b/a Wonkette; DAILY MAIL AND GENERAL TRUST PLC; VICE MEDIA, LLC; THE 74 MEDIA, INC., d/b/a The 74 Million; BREAKFAST MEDIA, LLC; THE MCCLATCHY COMPANY, d/b/a The Sacramento Bee; OBSERVER MEDIA GROUP, LLC, d/b/a The Observer; GARNETT CO. INC., d/b/a York Daily Record; SALEM MEDIA GROUP, INC., d/b/a Townhall; VERIZON MEDIA, LLC, d/b/a The Huffington Post; JOY ANN LOMENA-REID; ZACK COLMAN; LAUREN PASSALACQUA; BEN RAY; DAVID BERGSTEIN; COURTNEY RICE; JUSTIN LAVOIE; JOHN KRUSHAAR; HOWIE KLEIN; SUSAN DAVIS; BEN JACOBS; DAN RATHER; HOLLY FIGUEROA O'REILLY; JOE LOCKHART; J. W. WILLIAMSON; RACHEL KONING BEALS; CHRIS JONES; JIM HEATH; NICOLE HENSLEY; PAUL BLEST; RASHMEE ROSHAN LALL; GIDEON RESNICK; DANA MILBANK; CHARLES PIERCE; MATT HOWERTON; ELIZABETH MCDONALD; ROB PERSEY; JEN KERNS; DAVID MARTOSKO; MARTIN

PENGELLY; MATT TAYLOR; KEVIN MAHNKEN; ANDREW FEINBERG; JOHN RABY; BEN BOYCHUK; AMBER PHILLIPS; BRIAN SCHWARTZ; MICHELANGELO SIGNORILE; BRUCE BIALOSKY; MIKE ARGENTO; DAVIS RICHARDSON; MARKETWATCH, INC.; 35TH INC.

    Defendants

———————————

No. 22-1326
(2:19-cv-00589)

———————————

DON BLANKENSHIP

    Plaintiff - Appellant

v.

BOSTON GLOBE MEDIA PARTNERS, LLC, d/b/a The Boston Globe; DOES 1-50 INCLUSIVE

    Defendants - Appellees

———————————

M A N D A T E

———————————

  The judgment of this court, entered February 22, 2023, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        */s/Patricia S. Connor, Clerk*