UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


DON BLANKENSHIP,

       Plaintiff,

v.                                    Civil Action No. 2:19-cv-00236

FOX NEWS NETWORK, LLC et al.,

       Defendant.


ORDER


       Inasmuch as the Fourth Circuit has affirmed this court's judgment, <u>see</u> ECF 1095, and the United States Supreme Court has denied plaintiff's petition for writ of certiorari, <u>see</u> ECF 1100, the stay relating to taxing of costs is no longer needed.

       It is ORDERED that the stay of the taxing of costs by the order of March 27, 2023, is lifted.

       The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                  ENTER: December 1, 2023

                  John T. Copenhaver, Jr.
                  Senior United States District Judge